

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

March 29, 1965

Mr. Eldon Jeffreys                     Opinion No. C-408
Executive Secretary
State Board of Barber Examiners     Re:  Whether the Texas Barber
Austin, Texas                             Law can be interpreted to
                                          make it legal for a mobile
                                          barber shop mounted on a
                                          truck, to operate on the
                                          streets of a city, going
                                          from door to door to ren-
Dear Mr. Jeffreys:                        der barber services.

          You have requested an opinion from this office upon
the following question:

          "Could the Texas Barber Law be interpreted
     to make it legal for a mobile barber shop mounted
     on a truck, to operate on the streets of a city
     going from door to door to give barber services?"

          Article 729, Vernon's Penal Code, provides that:

          "Every person owning, operating or managing
     a barber shop or beauty parlor shall register
     his full name and the location of said shop or
     parlor in a book to be kept in the office of
     State Board of Health for that purpose, and
     every owner, operator or manager of a barber
     shop or beauty parlor that is first opened
     for business hereafter shall within five days
     after the opening of such shop or parlor reg-
     ister in like manner.  In event of a change
     in the manager or location of any such shop
     or parlor, the manager of same shall call at
     or communicate by mail with said board within
     five days after such change takes place and in-
     form said board thereof."  (Emphasis added).

          Section 4 of Article 734a, Vernon's Penal Code, pro-
vides in part that:

"Barber shop, as defined herein, shall
mean <u>any place</u> where barbering is practiced
in this State. . . ."(Emphasis added).

A study of Article 734a, the Texas Barber Law, fails
to disclose any specific prohibition against operating mobile
barber shops. In fact, Section 4 of Article 734a sets forth
that a barber shop shall mean any place where barbering is
practiced. This would seem to include mobile shops as well as
ones located at a fixed and permanent site.

## S U M M A R Y

The provisions of Article 734a, Vernon's
Penal Code, the Texas Barber Law, would not
prohibit the operation of mobile barber shops.

Very truly yours,

WAGGONER CARR
Attorney General

By: Pat Bailey
Assistant

PB:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Howard Fender
Harry Gee
John Reeves
Harold Kennedy

APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone